IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT D. POPE SR., BARBARA POPE, ROBERT D. POPE JR., and RYAN D. POPE, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:16CV225 |
| V. | ) ) | |
| NP DODGE, ANNIE WELTY, JONATHAN ALEXANDER, JOHN KINNEY, JOSH LIVINGSTON, JAMES WALZ, and IRIS POPE GONZALES, | ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) ) ) | |

Plaintiff Robert Pope, Sr., a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

The other Plaintiffs in this case have not submitted individual IFP motions. These Plaintiffs have the choice of either submitting the $400.00 filing and administrative fees to the clerk's office or submitting separate requests to proceed in forma pauperis. Failure to take either action within 30 days will result in the court dismissing this case without further notice as to these Plaintiffs.

IT IS THEREFORE ORDERED:

1. Plaintiff Robert Pope Sr.'s motion for leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in his case will be for the court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

2. Plaintiffs Barbara Pope, Robert Pope, Jr. and Ryan Pope are directed to submit the $400.00 fees to the clerk's office or submit requests to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter as to these Plaintiffs without further notice.

2. The clerk of the court is directed to send to Plaintiffs the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: June 27, 2016: Check for MIFP or payment for Plaintiffs Barbara Pope, Robert Pope, Jr. and Ryan Pope.

DATED this 26th day of May, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge